UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELISEO HERNANDEZ-VALDEZ,<br><br>Defendant. | NO.  CR-00-2026-WFN-1<br><br>ORDER QUASHING ARREST WARRANT AND CLOSING FILE |

Before the Court is the Government's Motion to Quash Arrest Warrant and to Close File (ECF No. 51).  Based upon the information set forth in the Government's Motion, the Court finds good cause to grant the motion to quash the arrest warrant and close this file.  Accordingly,

**IT IS ORDERED** that the Government's Motion to Quash the Arrest Warrant and Close this File, filed March 25, 2011, **ECF No. 51**, is **GRANTED**.

The District Court Executive is directed to enter this Order, provide copies to counsel and to **CLOSE THIS FILE**.

**DATED** this 29th day of March, 2011.

03-28

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE